

FILED

06/30/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 20-0005

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 20-0005

FILED

JUN 3 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE PETITION OF JOHN C. BOYD FOR
CONDITIONAL ADMISSION TO THE BAR OF
THE STATE OF MONTANA.

O R D E R

John C. Boyd has petitioned for conditional admission to the practice of law in Montana. Boyd is applying for employment with the Missoula Office of the Montana Public Defender, and seeks conditional or temporary admission to practice until he can complete the process of admission by motion. He will complete the process upon taking the Montana Law Seminar, but "believes conditional early admission would strengthen his candidacy for that position or any other attorney positions that may become available before the Montana Law Seminar scheduled to be held on July 30, 2020." We previously waived the requirement that Boyd sit for the Multistate Professional Responsibility Exam.

We have routinely denied such petitions for temporary admission. *See Petition of Gosch,* 07-0303, *issued March 7, 2016.* We have explained that the Court has made substantial revisions to the rules of admission over the past several years to open and streamline the process of entering the practice of law in Montana by admission on motion or by transfer of a UBE score. Those rules are now in effect and applicants are being processed routinely. The Court's intention was that the implementation of these rule revisions would eliminate the necessity for consideration of many of the ad hoc petitions for temporary admission or for waiver of admission requirements that were received in the past.

Granting temporary admission as a matter of course to lawyers intending to seek admission on motion or admission by UBE score transfer would burden the Court and Clerk of Court with duplicative consideration and processing of each applicant. Further, no system exists to formally monitor those who are admitted temporarily to ensure they are

advancing their intention to be admitted on motion or have remained in the employment for which they sought admission. Because rules now exist for the expeditious admission of qualified candidates to the practice of law in Montana, we decline to pursue a practice of granting temporary admission to applicants who intend to seek admission thereunder. As we stated in *Petition of Gosch*, "Temporary admission until sitting for the bar exam may be appropriate in circumstances where a candidate does not qualify for admission on motion or for transfer of a UBE score." Therefore,

IT IS HEREBY ORDERED that the petition for conditional admission to the practice of law is DENIED.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 30ᵗʰ day of June, 2020.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices

2